IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LATRONE A. HUGGINS,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN D. A. BRAXTON, ET AL.,<br><br>Defendants. | Case No. 7:11CV00017<br><br>**FINAL ORDER**<br><br>By: Glen E. Conrad<br>Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. Plaintiff's claims under 42 U.S.C. § 1983 in this civil action are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and his related state law claims are dismissed without prejudice, pursuant to 28 U.S.C. §§ 1367(c);

2. Plaintiff's other pending motions (DE 5 & 8) are **DENIED**; and

3. This action is stricken from the active docket of the court.

ENTER: This 31st day of January, 2011.

_____
Chief United States District Judge